ORIGINAL

FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
MATTHEW V. VAN FLEET



ORDER

FILED

APR 2 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Matthew V. Van Fleet has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Van Fleet passed the MPRE in 2002 when seeking admission to the practice of law in California. He was admitted to the California Bar and subsequently admitted to the Texas Bar. He has practiced law continuously in California and Texas for 17 years "without any ethical or disciplinary issues." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Matthew V. Van Fleet to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 21st day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
                Justices

2